**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 362 EAL 2023

           Respondent               :

                                   :    Petition for Allowance of Appeal
                                   :    from the Order of the Superior Court

           v.                           :

                                   :

CRAIG M. TIMBERS,                  :

             Petitioner                 :

## ORDER

**PER CURIAM**

     **AND NOW**, this 16th day of May, 2024, the Petition for Allowance of Appeal is **DENIED**.